# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IESHA POWELL, on behalf of herself and all other similarly situated consumers, | Case No. _____ |
| *Plaintiff*, | |
| v. | |
| MIDLAND CREDIT MANAGEMENT, INC., | |
| *Defendant*. | |

## NOTICE OF REMOVAL

Defendant, Midland Credit Management, Inc. ("Midland" or "Defendant"), by and through its undersigned counsel, hereby files this Notice of Removal pursuant to 28 U.S.C. §1441(a).  The grounds for this removal are set forth as follows:

1. On May 19. 2021, Plaintiff, Iesha Powell ("Plaintiff"), filed a complaint (the "Complaint") in the Superior Court of New Jersey, Burlington County, entitled *Iesha Powell, on behalf of herself and all other similarly situated consumers v. Midland Credit Management, Inc.*, at Docket Number BUR-L-001074-21 (the "State Court Action").

2. Pursuant to § 1446(a), a copy of the summons, dated October 5, 2021, and Complaint, which constitute copies of all "process, pleadings, and orders" in the State Court Action, are attached hereto as **Exhibit 1**.

3. Plaintiff's Complaint alleges that Defendant violated the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.* (hereinafter, the "FDCPA"). Exhibit 1, Complaint at ¶¶ 9, 14, 18, 20, and 32 (Count I).

4. Plaintiff's action is a civil action over which this Court has original jurisdiction under 28 U.S.C. §1331 and is one which may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. §1441(a) because the Complaint alleges that Defendant violated the FDCPA.

5. Defendant was served with the Complaint on or about October 8, 2021.

6. This Notice of Removal is being timely filed on the first business day after the thirtieth (30th) day after Defendant's receipt of service of the Complaint, which was Sunday, November 7, 2021, as required by 28 U.S.C. §1446(b).

7. Pursuant to 28 U.S.C. §1446(d), a copy of this Notice of Removal is being served upon Plaintiff and a copy is being filed with the Clerk of the Superior Court of New Jersey, Burlington County.

8. This Court is part of the "district and division" embracing the place where the Complaint was filed—Burlington County, New Jersey—and so this Court is the proper venue for removal. 28 U.S.C. § 1446(a).

9. A copy of the Notice of Filing of Notice of Removal, which is being timely filed with the clerk of the state court in which the action is pending (and which will be served on Plaintiff's counsel pursuant to 28 U.S.C. § 1446(d)), is attached hereto as **Exhibit 2**.

10. This Notice of Removal is signed pursuant to Fed. R. Civ. P. 11. *See* 28 U.S.C. § 1446(a).

11. If Plaintiff seeks to remand this case, or this Court considers remand *sua sponte*, Defendant respectfully requests the opportunity to submit such additional argument or evidence in support of removal as may be necessary.

**WHEREFORE,** Midland Credit Management, Inc. respectfully requests that this action be removed to the United States District Court for the District of New Jersey.

Respectfully submitted,

**BLANK ROME, LLP**

Dated: November 8, 2021

*/s/ Jonathan Ball*

Michael P. Trainor, Esq.
Jonathan F. Ball, Esq.
One Logan Square
130 N. 18th Street
Philadelphia, PA 19103
Tel. (215) 569-5500
Fax (215) 832-5342
Email: michael.trainor@blankrome.com
         jonathan.ball@blankrome.com
*Counsel for Defendant,*
*Midland Credit Management, Inc.*

3

## CERTIFICATE OF SERVICE

    I, Jonathan F. Ball, hereby certify that a true and correct copy of the foregoing document was served upon the following individuals via electronic and regular mail on November 8, 2021.

        Daniel Zemel, Esq.
        **Zemel Law LLC**
        660 Broadway
        Patterson, NJ  07514
        dz@zemellawllc.com
        Tel: (862) 227-3106
        *Counsel for Plaintiff,*
        *Iesha Powell*

        _____
        Jonathan F. Ball